UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHNATHAN RYAN MCGUIRE,<br><br>　　　　　　Defendant. | Case No.　22cr1395-TWR<br>　　　　　_____<br><br>I N F O R M A T I O N<br><br>Title 18, United States Code, Section 875(c) – Threats in Interstate Commerce |

　　　The United States Attorney charges:

### Count 1

　　　On or about May 3, 2022, within the Southern District of California, defendant, JOHNATHAN RYAN MCGUIRE, did knowingly and willfully transmit in interstate commerce from California to the District of Columbia, a communication via phone call and voicemail to United States Senator Charles Schumer, and the communication contained a threat to injure Senator Schumer, specifically to kill him; all in violation of Title 18, United States Code, Section 875(c).

　　　DATED:　June 22, 2022.

　　　RANDY S. GROSSMAN
　　　United States Attorney

　　　*Connie Wu* (signature)
　　　CONNIE V. WU
　　　Assistant U.S. Attorney