**SENTENCING SUMMARY CHART**

USPO ☐
AUSA ☐
DEF ☒

Defendant's Name: **JOHNATHAN R. MCGUIRE**          Docket No. 3:22-CR-01395-001-TWR

Attorney's Name: **Marc S. Kohnen**          Phone No.: 619-398-2500

Guideline Manual Used: 2021          Agree w/USPO.   ☐ Yes  ☒ No

| | |
|---|---|
| Base Offense Level: *(Drug Quantity, if applicable)* USSG §2DA6.1(a)(1) | **12** |
| Specific Offense Characteristics: | |
| Victim Related Adjustment: | |
| Adjustment for Role in Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| *Adjusted Offense Level*: ☐ Combined (multiple Counts)  ☐ Career Offender  ☐ Armed Career Criminal | **12** |
| Adjustment for Acceptance of Responsibility: | **-2** |
| **Total Offense Level:** | **10** |
| Criminal History Score: | **0** |
| Criminal History Category: ☐ Career Offender  ☐ Armed Career Criminal | **I** |
| Guideline Range: *(Range limited by:* ☐ *Minimum Mandatory* ☐ *Stat Maximum)* | From **6** to **12** mths |
| Departures: Combination of Circumstances | **-6** |
| Expeditious Resolution/Appellate Waiver | **-1** |
| *Adjusted offense level with departures:* | **3** |
| Resulting Guideline Range ( ☐ limited by minimum mandatory) | From **0** to **6** mths |